United States District Court
for the District of Puerto Rico

Ernesto Ruiz Romero
    v.
Pablo Colón Santiago
Ildefonso Torres
Joel Carchaito Cintrón

Case No: 24-CV-1118 MAJ

RECEIPT # Prose Pauper
AMOUNT: 0
MAR 11 2024
CASHIER'S SIGNATURE

## Complaint

Here comes to the Honorable Court, Ernesto Ruiz Romero, who respectfully states and prays:

1. Plaintiff Address: Lago Horizonte 24 500 2005
    Coto Laurel P.R. 00780

2. Defendants: Pablo Colón
    1739 Paseo Las Colinas Ponce P.R. 00717

    Ildefonso Torres
    Judicial Center of Ponce, 2nd floor.
    2150 Ave. Santiago de los Caballeros, Ponce, P.R.

    Joel Carcballo Cintrón
    Notifications - Reparto Universitario 1360 Ave. Muñoz Rivera
    Ponce, P.R. 00717.
    Physical Address - Street Castillo 32, Ponce, P.R.
    787 316-3366

3. Jurisdictional Statement: Court have jurisdiction to hear cases of Federal Question based on 42 USC 1983

4. Plaintiff face in a criminal fraudulent prosecution, a stand by Trial his lawyer was Pablo Colón He abandon the courtroom when the case was called and Joel Carcballo said that he was our lawyer, Ildefonso Torres

speak to the Judge ex-parte and files by Trial for defendant me in the criminal case.

5. In 2003 Joel Cavanillo declares in another courtroom to ever been my lawyer, that make the inference that Pablo Colón abandon me in the criminal proceeding. And make the inference that the prosecutor filed alone the stand by Trial. Letting me alone was a violation of the 6th amendment of the USA constitution.

6. Since Prosecutor filed stand by Trial, I spend 1 year in Prison without seeing the Judge nor the Lawyer.

7. This 3 Defendants conspire, put their minds in accord to seem the Stand by Trial seems legal. The violation of our constitutional Right to Liberty is Actionable under the Law.

8. 3 Defendants when the Stand by Trial hearings come forward, they remaining mute, did not litigate the issue, being too Gross Abuse of Judicial process. As a Defense of a Judgment in State, Action in 2003, I will present a Rule 60(b). Because Pablo Colón pursue successfully a restriction not to enter the Judicial center of Ponce and then a Judgment come forward.

9. In other words if defendant present a fraudulent State Judgment I will supplement the complaint with Independents grounds on Jurisdiction. For example: Defendants manipulate state court system. Court did not evaluate our claims, no expression. Defendants do not give me their motions.

Einstein Rey Brown
Lago Horizonte 27100 2055
Coto Laurel PR-00780